# UNITED STATES BANKRUPTCY COURT

<u>NORTHERN</u>   **DISTRICT OF** <u>ILLINOIS</u>

EASTERN DIVISION

In re:   STEPHANIE ANN LYNCH                §   Case No.   <u>11-25909</u>
§              Hon. JACQUELINE P. COX
§              Chapter 7
§

Debtor(s)

---

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ALLAN J. DeMARS</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn  Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within <u>21</u> days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at <u>9:30am</u> on <u>06/06/2012</u> in Courtroom <u>680</u> , <u>Dirksen Federal Building</u> Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>05/10/2012</u>        By:  <u>Clerk U. S. Bankruptcy Court</u>

(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

# UNITED STATES BANKRUPTCY COURT

NORTHERN   **DISTRICT OF** ILLINOIS

## EASTERN DIVISION

In re:   STEPHANIE ANN LYNCH

§
§
§
§

Case No.   11-25909
Hon. JACQUELINE P. COX
Chapter 7

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $14,000.00 |
| *and approved disbursements of* | $63.56 |
| *leaving a balance on hand of* [1] | $13,936.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $13,936.44 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| *Trustee, Fees* ALLAN J. DeMARS | $2,150.00 | $0.00 | $2,150.00 |
| *Trustee, Expenses* ALLAN J. DeMARS | $21.36 | $0.00 | $21.36 |
| *Attorney for Trustee, Fees* ALLAN J. DeMARS | $1,710.00 | $0.00 | $1,710.00 |
| *Attorney for Trustee, Expenses* ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges,*  <u>*U.S. Bankruptcy Court*</u>

*Fees,* <u>*United States Trustee*</u>

Other

|  | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $3,881.36 |
| Remaining balance: | $10,055.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for                , Fees* | | | |
| *Attorney for                , Expenses* | | | |
| *Accountant for                , Fees* | | | |
| *Accountant for                , Expenses* | | | |
| Other | | | |

|  | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $10,055.08 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $10,055.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____ $29,217.48 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be __34.4__ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Creditor Collection Bureau | $4,399.95 | $0.00 | $1,514.23 |
| 2 | Capital One Bank (USA), NA | $7,057.57 | $0.00 | $2,428.83 |
| 3 | Asset Acceptance, LLC, assignee Citibank | $10,605.39 | $0.00 | $3,649.80 |
| 4 | Fifth Third Bank | $1,644.44 | $0.00 | $565.93 |
| 5 | Portfolio Recovery Associates, LLC successor to HSBC Bank Nevada | $396.13 | $0.00 | $136.33 |
| 6 | LVNV Funding, LLC | $5,114.00 | $0.00 | $1,759.96 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $10,055.08 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling _____ $0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be ____0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be _____0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ ALLAN J. DeMARS

Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-25909-JPC
Stephanie Ann Lynch                                                 Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: corrinal          Page 1 of 3          Date Rcvd: May 10, 2012
                             Form ID: pdf006          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2012.
db        +Stephanie Ann Lynch,    635 S. Cook St.,    Barrington, IL 60010-4435
17439607  +Blatt Hasenmiller Leibsker & Moore,    125 South Wacker Dr.,    Suite 400,   Chicago, IL 60606-4440
17439608  +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
17654618   Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 248839,
            Oklahoma City, OK   73124-8839
17439609  +Chase Student Loans Servicing,    P.O. Box 7013,    Mail Code IN1-0103,
            Indianapolis, IN 46207-7013
17439610  +Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
17439614  ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
            GRAND RAPIDS MI 49546-6253
           (address filed with court: Fifth Third Bank,    38 Fountain Square Plaza,   Cincinnati, OH 45263)
17707013  +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
17439615  +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
17439619  +Macy's/DSNB,    P.O. Box 8218,    Mason, OH 45040-8218
17439620   Nicor,    PO Box 416,    Aurora, IL 60568-0001
17439621  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery,    120 Corporate Blvd,    Suite 100,
            Norfolk, VA 23502)
17439626  +TCF Bank & Savings,    801 Marquette Ave,    Minneapolis, MN 55402-3475
17439627  +TCF Bank & Savings,    801 Marquette Ave,    Minneapolis, MN 55402-3475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17439604  +E-mail/Text: RBALTAZAR@ARMORSYS.COM May 11 2012 07:46:58     Armor Systems co,
            1700 Kiefer Drive Suite 1,    Zion, IL 60099-5105
17439606  +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 11 2012 07:46:58      Asset Acceptance Corp.,
            P.O. Box 2036,    Warren, MI 48090-2036
17676932  +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 11 2012 07:46:58
            Asset Acceptance LLC / Assignee / Citibank,    Po Box 2036,    Warren MI 48090-2036
17439611  +E-mail/Text: legalcollections@comed.com May 11 2012 07:46:58      ComEd,    PO Box 6111,
            Carol Stream, IL 60197-6111
17439612  +E-mail/Text: clerical.department@yahoo.com May 11 2012 07:46:59     Creditor Collection Bur,
            755 Almar Pkwy,    Bourbonnais, IL 60914-2392
17439616   E-mail/Text: cio.bncmail@irs.gov May 11 2012 07:46:56     Internal Revnue Service,
            Mail Stop 5010 CHI,    230 S. Dearborn Street,    Chicago, IL 60604
17439618  +E-mail/Text: resurgentbknotifications@resurgent.com May 11 2012 07:46:57      LNVN Funding LLC,
            P.O. Box 10584,    Greenville, SC 29603-0584
17922450   E-mail/Text: resurgentbknotifications@resurgent.com May 11 2012 07:46:57      LVNV Funding LLC,
            Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                               TOTAL: 8

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17439603   American Airlines Credit Union
17439613   DuPage County Treasurer
17439617   Lake In the Woods
17439622   Stephen Lynch
17439623   Stephen Lynch
17439624   Stephen Lynch
17439625   Stephen Lynch
17439605* +Armor Systems co,    1700 Kiefer Drive Suite 1,    Zion, IL 60099-5105
17758549* ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
           (address filed with court: Portfolio Recovery Associates, LLC,    c/o Best Buy,    PO Box 41067,
            Norfolk VA 23541)
                                                                       TOTALS: 7, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0752-1          User: corrinal               Page 2 of 3               Date Rcvd: May 10, 2012
                             Form ID: pdf006              Total Noticed: 22

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2012**                    **Signature:**

District/off: 0752-1          User: corrinal          Page 3 of 3          Date Rcvd: May 10, 2012
                             Form ID: pdf006          Total Noticed: 22

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2012 at the address(es) listed below:
          Allan J DeMars    on behalf of Trustee Allan DeMars alland1023@aol.com
          Allan J DeMars    alland1023@aol.com
          Kiley M Whitty    on behalf of Debtor Stephanie Lynch whitty@aandalaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                          TOTAL: 4